UNITED STATES of America, Plaintiff–Appellee

v.

Pedro Gabriel COLLAZO–ALICEA, also known as Frank, also known as Bonifacio Gomez, Defendant–Appellant.

No. 09–20113 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Yolanda E. Jarmon, Law Offices of Yolanda Jarmon, Houston, TX, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Pedro Gabriel Collazo–Alicea (Collazo) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Collazo has filed a response. Our independent review of the record, counsel's brief, and Collazo's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.